**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**           *           **CRIMINAL NO. 18-118**

v.                                                      *           **SECTION: F**

**PAUL TALLMAN**                                 *

                                    *           *           *

## ORDER

Considering the above and foregoing;

**IT IS ORDERED** by the court that the Government's Motion and Incorporated Memorandum Acknowledging Defendant's Acceptance of Responsibility Pursuant to the United States Sentencing Guidelines **§ 3E1.1** which was filed on September 1, 2020, is granted, in the above entitled and numbered cause.

**NEW ORLEANS, LOUISIANA, this the 2nd day of September, 2020.**

Honorable Martin L.C. Feldman